### Exhibit A to the Complaint

**Location:** New Rochelle, NY  
**Total Works Infringed:** 39  

**IP Address:** 72.69.197.179  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 07-28-2021 00:21:35 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 2 | Info Hash: C9C42C08E1280A6B9E274FE4534A769ACB2B96DD<br>File Hash: 681DD5C4B0494BFC1CF4B0AE132F0B1361284BBF488A8D49A7029401CD55105E | 07-27-2021 21:06:42 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 3 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-27-2021 02:00:04 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 4 | Info Hash: 66E841DDD72A50FF74298079B63B8046D69081CA<br>File Hash: 64783253670BAC42DF82F0CC9608EDB50306F7A4E72DE0A5C15320491B71A48A | 07-26-2021 20:30:01 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 5 | Info Hash: 937A7E82157326EF5E7CD36C86A0A0EDACC0FF5F<br>File Hash: F25B5FBD8E3FF914599D16AB4902E1E3C75E1BABBCCCFAFA1F2ACB124563B9DE | 07-26-2021 18:11:59 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 6 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 07-26-2021 16:31:35 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 7 | Info Hash: C69659587C2BC1049AD99AFEFB8863E9737F2B01<br>File Hash: F33368857A7B6710A2C426BA638542C8209C5D102396BEB85B10A89A6CC91FC9 | 06-30-2021 13:41:44 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 8 | Info Hash: 0ED1618079E29D4BB708465328D67B227B1AA795<br>File Hash: 74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 06-04-2021 18:04:59 | Vixen | 03-10-2018 | 04-17-2018 | PA0002116743 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash: 3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 06-04-2021 18:03:23 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 10 | Info Hash: 75435DE79D0D6CA504ACA25DE6A5B206473F1C9B<br>File Hash: 520A918186BBA676A432F81A738D99DB763F86BE62B6E75F569B500176D9649B | 06-04-2021 16:51:59 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 11 | Info Hash: 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806<br>File Hash: 9BB4B80B2874773C608A5E46747FAC0F93629D1C9636ED6CF313EA61221E810D | 06-04-2021 16:49:24 | Vixen | 07-18-2018 | 09-01-2018 | PA0002119684 |
| 12 | Info Hash: 2821D41596C40D20E8C9F90FC186D68428D67108<br>File Hash: D4EEFAE686E2D8BE917176C31F1DB904470331791047A9F0603CA57383347CAD | 06-04-2021 16:35:51 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |
| 13 | Info Hash: 4577E56ABE4B7F3BA8A72106C4F58220F426B639<br>File Hash: 37CFD558D71D865BB724D5696BBD89C3D2B21AB67276C421F661E3BB18299DD4 | 05-09-2021 22:33:50 | Vixen | 03-30-2017 | 06-05-2017 | PA0002052862 |
| 14 | Info Hash: D9852FE1FD97B79E956C9B1E50550D9B0E8F8ECC<br>File Hash: 345A93BE90B9785F3E54EC2395FC90ADA664A31904D2AB7AA7982F8A6C29DFBA | 05-09-2021 22:33:00 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 15 | Info Hash: 095F042567422449F7D8DF1F42C86AADF4849881<br>File Hash: 73A09E29C382A49CE03E47A0CDB3930655BE50786D249AB83FC020E2A09CB509 | 04-30-2021 04:19:10 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 16 | Info Hash: 94C7E424537F323DF8E3FA11853998B494DD1D74<br>File Hash: 0D1618E59F57EA89794E680081B697AB32245AB3DCC29C4AE444709687937339 | 04-30-2021 03:09:40 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 17 | Info Hash: 24CBC0961F66D0254842302FDBC0E033E4ACE4C1<br>File Hash: BCD842C4D932CD371B7965C899B4CE0B4E103F02DA5362F1C6A546A892B7CDFF | 04-29-2021 23:31:56 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 1CA76CE884776BF316B69481D060C6EBEA662691<br>File Hash: 6D98FB201919434576BCC372C76F2790F421C2FFF4EA7F8747DF0E0F6CC18BB9 | 04-29-2021 15:17:18 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 19 | Info Hash: C340030059AF08957371330E339FB3AA67E8FFDB<br>File Hash: 6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 04-29-2021 12:35:38 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 20 | Info Hash: A502765EE8927BE551DDB6D0A52CDB57F1048934<br>File Hash: 36E4BB9A35891935F9225C04376E5EB63F648997444FD278004D04A6708901C9 | 04-29-2021 12:17:34 | Vixen | 04-10-2020 | 05-05-2020 | PA0002249031 |
| 21 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 04-29-2021 12:08:47 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 22 | Info Hash: 977EF2D88F629A1A1C561A9DC040CD654B348E66<br>File Hash: F3544C96F7762233FF0181A3A5E91B517F1A8538D7BA401E805DB6C974C158D9 | 04-29-2021 12:03:11 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 23 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash: 6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 04-29-2021 11:46:23 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 24 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 04-29-2021 11:45:39 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 25 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 04-29-2021 11:44:05 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 26 | Info Hash: 39B258056BC2EB474C97D6716D53AC9549E5D86F<br>File Hash: F87F73D0A510E7794F351B7D5B4EBF593968288D9330CA29799B014AE72B954D | 04-29-2021 11:43:38 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B<br>File Hash: 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 04-29-2021 11:41:54 | Vixen | 09-11-2019 | 09-25-2019 | PA0002203160 |
| 28 | Info Hash: 4E09CCA0246A2BF6989481994B04C0BC7C6B8180<br>File Hash: B3E7D4C69B1947521E58A91246227A44788A1F197CE0E0769394DEEE8A56BB4D | 04-29-2021 11:41:37 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 29 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash: 9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 04-29-2021 11:41:17 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 30 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 04-29-2021 11:41:14 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 31 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 04-29-2021 11:41:04 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 32 | Info Hash: 8FA3CA33BA6C045B4C5C47B69541A86376772F6C<br>File Hash: 871FEC79ED5A2B2D246C3346AD3C02BBD95C1E28D1A81DF416B735D553F314ED | 04-29-2021 11:40:59 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 33 | Info Hash: 50DC2EF036DB5594F25ED3B5455050C78A904DBA<br>File Hash: A7738C94604F818E7322174C1C3CF630607E4F042BCC1D4531FD37085D33EDF1 | 04-29-2021 11:40:54 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 34 | Info Hash: 1DBCF8D2F535B0F1D3C3A6A6180B09F4364BCF1A<br>File Hash: 34D44A4521F3167D8C9003DF0C17C20F8BD8995FE1422B46112BAD35C06EB660 | 04-29-2021 11:40:37 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 35 | Info Hash: 0C80A67047F01CC53D38E0C3E19EE88A30035E82<br>File Hash: 923E7460E752915977FD98711BC5A92C2A2B5A402EA36FDEE268B6AA9E35D480 | 04-29-2021 11:40:36 | Vixen | 10-21-2019 | 11-05-2019 | PA0002227093 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash: A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 04-29-2021 11:40:22 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 37 | Info Hash: DD9561E2A1340AD239762BDE633D5899F6C13B15<br>File Hash: DC63B3CE59034063A5E92FE64B07034CBA91D742B7A4578664BEBA47EA860D5E | 04-29-2021 11:40:17 | Vixen | 02-18-2018 | 03-02-2018 | PA0002104767 |
| 38 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF<br>File Hash: FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 04-29-2021 11:39:44 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 39 | Info Hash: 60E66DA223576A6C7873FA0EECC9AB2B1F7E5C2C<br>File Hash: 6CE07D0BCFA04C0336F5C5F09E3D5A74AA8B6094B7635522112C56ABD11FE4BD | 04-29-2021 11:39:41 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |